UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BROOKLYN NAVY YARD DEVELOPMENT          JUDGMENT
CORP.,          10-CV- 5715 (ENV)

                 Plaintiff,

    -against-

HARBOR DIESEL FUEL SERVICES, INC.,
and the M/T ACE, *in her engines, tackle,
equipment, and furnishings,* in rem,

                 Defendants.
------------------------------------------------------------X

       A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on September 3, 2014, adopting in its entirety the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky, dated August 1, 2014; awarding Plaintiff $77,472.00, plus post-judgment interest against Defendant Harbor Diesel Fuel Services, Inc.; declaring that the vessel M/T ACE was abandoned by her owners, and Plaintiff should submit an appropriate proposed order for entry by the Court which would authorize Plaintiff to sell the vessel M/T ACE; directing that any sale should be reported in the record, and any proceeds from the sale are to be used to reduce the amount of the judgment; and directing the Clerk to enter judgment; it is

       ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff Brooklyn Navy Yard Development Corp. and against Defendant Harbor Diesel Fuel Services, Inc. in the amount of $77,420.00, plus post-judgment interest pursuant to 28 U.S.C. § 1961; and that it is further,

       ORDERED and ADJUDGED that the Court declares that the vessel M/T ACE

**JUDGMENT** 10-CV-5715 (ENV)

was abandoned by her owners, and that Plaintiff Brooklyn Navy Yard Development Corp. submit an appropriate proposed order for entry by the Court which would authorize Plaintiff Brooklyn Navy Yard Development Corp. to sell the vessel M/T ACE; and that any sale should be reported in the record, and any proceeds from the sale are to be used to reduce the amount of this judgment.

| | |
|---|---|
| Dated: Brooklyn, New York<br>September 04, 2014 | Douglas C. Palmer<br>Clerk of Court |
| | by:  */s/ Janet Hamilton*<br>Deputy Clerk |